**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHEDRICK STARKS,**<br>**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1592** |
| **ADVANTAGE STAFFING, LLC,**<br>**ET AL.**<br>**Defendants** | **SECTION: "E" (5)** |

## JURY VERDICT FORM

### QUESTION 1

On November 7, 2013, based upon the preponderance of the evidence was Plaintiff, Chedrick Starks the borrowed servant of defendant ADM?

Answer "YES" or "NO": NO

****NEXT STEP****

***If you answered "Yes" to Question 1, do not answer the remaining questions on this form. Instead, the Jury Foreperson should sign and date the form on the last page and the jury should return to the courtroom.**

***If you answered "No" to Question 1, proceed to Question 2.**

## QUESTION 2

(A) Do you find by a preponderance of the evidence that the negligence of any of the named parties below was, in whole or in part, a legal cause of injuries sustained by plaintiff on November 7, 2013?

Answer "Yes" or "No" for each of the following:

| | |
|---|---|
| ADM: | Yes |
| Chedrick Starks: | Yes |

(B) Only if you answered "Yes" for both ADM and Chedrick Starks above, please assign percentages of responsibility to those you found caused or contributed to plaintiff's injuries. The percentages you find must total 100 percent. The percentages must be expressed in whole numbers. The percentage of responsibility attributable to any one is not necessarily measured by the number of acts or omissions found. The percentage attributable to any one need not be the same percentage attributed to that one in answering another question

| | |
|---|---|
| ADM: | 50% |
| Chedrick Starks: | 50% |
| **Total:** | **100%** |

****NEXT STEP****

***If you answered "No" for ADM in Question 2(A), do not answer the remaining questions on this form. Instead, the Jury Foreperson should sign and date the form on the last page and the jury should return to the courtroom. Otherwise, proceed to the instructions immediately below.**

***If you answered "Yes" for ADM in Question 2(A), answer Question 2(B) and then proceed to Question 3.**

**QUESTION 3**

What sum of money, if paid now in cash, would fairly and reasonably compensate Chedrick Starks for his injuries, if any, that resulted from the occurrence in question?

a. Medical care expenses incurred in the past:

Paid: $ 109,213.96 (by the Court)

Unpaid: $ \$16,000

b. Medical care expenses that, in reasonable probability, Chedrick Starks, will incur in the future:

$ 150,000

c. Income Loss in the past:

$ 39,500

d. Loss of earning capacity that, in reasonable probability, Chedrick Starks will sustain in the future.

$ 10,000

e. Physical pain and suffering and mental anguish sustained in the past.

$ 50,000

f. Physical pain and suffering and mental anguish that, in reasonable probability, Chedrick Starks will sustain in the future.

$ 0

g. Disability and loss of function:

$ 0

After completing this form, please sign below and return to the courtroom.

9-1-16
DATE

Kelly Lotz
FOREPERSON (SIGNATURE)

Kelly Lotz
FOREPERSON (PRINT)